**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2313**
_____

AHMAD HALIM,

                    Plaintiff - Appellant,

          v.

BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS,

                    Defendant - Appellee,

          and

ANDRES ALONSO; NEIL E. DUKE,

                    Defendants.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:11-cv-02265-WMN)

_____

Submitted:  February 20, 2014      Decided:  February 25, 2014

_____

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ahmad Halim, Appellant Pro Se.  Randi Klein Hyatt, Darrell
Robert VanDeusen, KOLLMAN & SAUCIER, PA, Timonium, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ahmad Halim appeals the district court's order granting summary judgment to the defendants on his claims of age, religion, and national origin discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Halim v. Balt. City Bd. of Sch. Comm'rs, No. 1:11-cv-02265-WMN (D. Md. Sept. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED